**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **PENSKE TRUCK LEASING, CO., L.P.,** ) <br> a Delaware Limited Partnership,    ) <br>                                                              ) <br>            **Plaintiff,**                           ) <br>    v.                                                     ) <br>                                                              ) <br> **RION, LLC, a Nebraska Limited**   ) <br> **Liability Company,**                        ) <br>                                                              ) <br>            **Defendant.**                       ) | **CASE NO. 8:07CV294** <br><br><br> **RECUSAL ORDER** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the Court file in the above-designated case, the undersigned Judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

DATED this 3rd day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge