IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PENSKE TRUCK LEASING CO, L.P.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV294 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **RION, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte.

It has come to the court's attention the record does not contain enough information to determine whether diversity jurisdiction exists in this case. In light of the parties' Disclosures of Corporate Affiliations and Financial Interest (Filing Nos. 9 and 13) and *GMAC Commercial Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004), the parties shall file disclosures containing the identity and citizenship of each of the members their limited partnership and limited liability company **on or before April 29, 2008**.

**IT IS SO ORDERED.**

DATED this 8th day of April, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge