## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PENSKE TRUCK LEASING CO., L.P., a Delaware Limited Partnership, | Case No. 07-CV-00294 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| RION, L.L.C., a Nebraska Limited Liability Company, | |
| Defendant. | |

Having considered the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 86), the Court dismisses the above-captioned action with prejudice, each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated this 25th day of February, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge

461806.1